UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIO CASTILLO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:12-CV-4069-B |
| | § |
| MICHAEL J. ASTRUE, | § |
| Commissioner of Social Security, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 25 day of July, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE